UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| Spencer , | } | |
| | } | |
| Plaintiffs, | } | Case No.: 2:20-cv-02019-SGC |
| | } | |
| v. | } | |
| | } | |
| Franklin American Home Mortgage , | } | |
| | } | |
| Defendant. | } | |
| | } | |

**INSTRUCTIONS:  Please indicate below by checking one of the two boxes whether you (if you are the party) or the party you represent (if you are an attorney in the case) choose(s) to consent or decline magistrate judge jurisdiction in this matter. Sign this form below your selection.**

☑   **Consent to Magistrate Judge Jurisdiction**

In accordance with the provisions of 28 U.S.C. § 636(c), I voluntarily **consent** to have a United States magistrate judge conduct all further proceedings in this case, including trial and entry of final judgment. I understand that appeal from the judgment shall be taken directly to the United States Court of Appeals for the Eleventh Circuit.

**OR**

☐   **Decline Magistrate Judge Jurisdiction**

In accordance with the provisions of 28 U.S.C. § 636(c), I **decline** to have a United States magistrate judge conduct all further proceedings in this case and I hereby request that this case be reassigned to a United States district judge.

DATE: **January 21, 2021**          NAME: **Amanda M Beckett**

COUNSEL FOR **FAMC Subsidiary Company f/k/a Franklin**
(OR "PRO SE"): **American**

**Home Mortgage and Citizens Bank, N.A.**

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| Spencer , | } | |
| | } | |
| Plaintiffs, | } | Case No.: 2:20-cv-02019-SGC |
| | } | |
| v. | } | |
| | } | |
| Franklin American Home Mortgage , | } | |
| | } | |
| Defendant. | } | |
| | } | |

**INSTRUCTIONS: Please indicate below by checking one of the two boxes whether you (if you are the party) or the party you represent (if you are an attorney in the case) choose(s) to consent or decline magistrate judge jurisdiction in this matter. Sign this form below your selection.**

☑   **Consent to Magistrate Judge Jurisdiction**

In accordance with the provisions of 28 U.S.C. § 636(c), I voluntarily **consent** to have a United States magistrate judge conduct all further proceedings in this case, including trial and entry of final judgment. I understand that appeal from the judgment shall be taken directly to the United States Court of Appeals for the Eleventh Circuit.

**OR**

☐   **Decline Magistrate Judge Jurisdiction**

In accordance with the provisions of 28 U.S.C. § 636(c), I **decline** to have a United States magistrate judge conduct all further proceedings in this case and I hereby request that this case be reassigned to a United States district judge.

DATE: **January 12, 2021**          NAME: **Shane T Sears**

COUNSEL FOR
(OR "PRO SE"): **David Spencer**