FILED

2021 Jan-22  AM 10:11
U.S. DISTRICT COURT
N.D. OF ALABAMA